

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. W-12-CR-008-01 |
| MICHAEL ANGELO MARTINEZ | | |

### ORDER WITHDRAWAL OF PETITION OF WARRANT

Came on this date to be considered the withdrawal of the Violation Petition for Warrant and Summons filed in the above referenced case on October 16, 2015, for Michael Angelo Martinez on the basis that the defendant was found to be deceased on November 1, 2015. It is ordered that in the interest of the administration of justice said petition is dismissed.

**IT IS THEREFORE ORDERED**, that the Petition for Warrant and Summons be withdrawn.

Signed and entered this the 13 day of January, 2016.

WALTER S. SMITH JR.,
UNITED STATES DISTRICT JUDGE